**Order entered January 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00981-CR

**RORY HOGENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063011**

## ORDER

The Court **GRANTS** the request of the Grayson County District Clerk for an extension of time to file the trial court's certification of appellant's right to appeal. We **ORDER** that the supplemental record containing the completed certification be filed by **FEBRUARY 20, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Rayburn Nall, Jr., Presiding Judge, 59th Judicial District Court; Kelly Ashmore, Grayson County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE